|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| BRIELLE LYN SESTITO,<br><br>               Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Commissioner of the Social Security Administration,<br><br>               Defendant. | CASE NO. 13-cv-05286 BHS<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 20.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the

1   Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

2   proceedings, including the following actions:.

3   - The ALJ shall conduct a *de novo* hearing, develop further the record and issue a new

4   decision;

5   - The ALJ shall reevaluate and develop further the medical evidence or record;

6   - The ALJ shall reevaluate steps two and three of the sequential evaluation process;

7   - The ALJ shall reevaluate plaintiff's credibility pursuant to SSR 96-7p;

8   - The ALJ shall reevaluate the lay witness evidence of record from Pamela Miller, Bryan

9   Medina, and Tanessa Read;

10  - The ALJ shall reevaluate plaintiff's RFC pursuant to SSR 96-8p, and;

11  - The ALJ shall reevaluate steps four and five of the sequential evaluation process with the

12  assistance of a vocational expert, as necessary.

13  Following proper presentation, this Court will consider plaintiff's application for costs

14  and attorney's fees pursuant to 28 U.S.C. § 2412(d).

15  Given the facts and the parties' stipulation, the Court recommends that the District Judge

16  immediately approve this Report and Recommendation and order the case be **REVERSED** and

17  **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

18  Dated this 1st day of October, 2013.

19

20  _____
    J. Richard Creatura
21  United States Magistrate Judge

22

23

24