United States District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIELLE LYN SESTITO, ) | |
| ) | CIVIL NO. 3:13-cv-05286-BHS-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EAJA FEES, COSTS, AND |
| vs. ) | EXPENSES |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon Plaintiff's unopposed Motion for EAJA Fees, Costs and Expenses, it is hereby ORDERED that attorney's fees in the total amount of $6,624.25 (which is for work performed by Jeffrey Baird in the amount of $5,559.19 plus work performed by Elie Halpern in the amount of $1,024.16) and expenses in the amount of $22.50 (for postage and fax charges) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $18.40 (for photocopies and filing fee) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502 however,

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the

PROPOSED ORDER FOR EAJA FEES, COSTS, AND EXPENSES – [3:13-cv-05286-BHS-JRC] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

1  Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

DATED this 21st day of October, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

PROPOSED ORDER FOR EAJA FEES, COSTS, AND EXPENSES – [3:13-cv-05286-BHS-JRC] - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com